**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DREAM BUILDERS OF MOBILE, LLC,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION No. 24-00329-KD-MU** |
| ) | |
| **SCOTTSDALE INSURANCE COMPANY,** ) | |
| **et al.,** ) | |
|     **Defendants.** ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues

raised, and there having been no objections filed, the report and recommendation of the Magistrate

Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 17, 2025, (Doc. 18), is **ADOPTED**

as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's motion to remand, (Doc.

10), is **GRANTED**.

This action is **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this **2nd** day of **April 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**