# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DREAM BUILDERS OF MOBILE, LLC,** )  | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION No. 24-00329-KD-MU** |
| ) | |
| **SCOTTSDALE INSURANCE COMPANY,** ) | |
| **et al.,** ) | |
|     **Defendants.** ) | |

## JUDGMENT

In accordance with the order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **REMANDED** to the Circuit Court of Mobile County, Alabama, from whence it came.

    **DONE** and **ORDERED** this **2nd** day of **April 2025**.

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**